# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2097
LT Case No. 2022-CF-000699-A

_____

JUSTIN VON RAMPE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

Matthew J. Metz, Public Defender, and Betty Wyatt, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

March 8, 2024

PER CURIAM.

We affirm the judgment and sentence, but we remand with instructions for the trial court to re-enter the order of probation once jurisdiction has been returned. *See Rivera v. State*, 336 So. 3d 738, 740 (Fla. 4th DCA 2022); Fla. R. App. P. 9.600(a). The motion to supplement the record on appeal is denied as moot in light of

the second supplemental record that the Citrus County Clerk filed on February 1, 2024.

AFFIRMED and REMANDED with instructions.

JAY, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____